**DISMISSED; Opinion Filed January 28, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01481-CV

### IN THE INTEREST OF S.P.S., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54432-2008**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Partida-Kipness

Before the Court is appellant's January 23, 2019 unopposed motion for voluntary

dismissal. In the motion, appellant states she no longer wishes to prosecute this appeal. We grant

the motion. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

181481F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF S.P.S., A CHILD

No. 05-18-01481-CV

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-54432-2008.
Opinion delivered by Justice Partida-Kipness, Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Robert Larry Simmons recover his costs, if any, of this appeal from appellant Diane Andrews.

Judgment entered this 28th day of January, 2019.